**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6664**

JEFFREY S. ADKINS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF THE COMMONWEALTH OF VIR-
GINIA; EDWARD W. MURRAY,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James H. Michael, Jr., Senior
District Judge. (CA-93-215-R)

Submitted: August 10, 2001          Decided: September 5, 2001

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jeffrey S. Adkins, Appellant Pro Se.  Robert Quentin Harris,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey S. Adkins seeks to appeal the district court's order denying relief on his motion for reconsideration of the dismissal of his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant permission to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Adkins v. Attorney Gen., No. CA-93-215-R (W.D. Va. Apr. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2